UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDY LESON,

    Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC, et al.,

    Defendants.
_____/

Case No. 1:23-cv-1187

HON. JANE M. BECKERING

## ORDER OF PARTIAL DISMISSAL

This Court having sent to counsel for Plaintiff a Notice of Impending Dismissal as to Defendant Webbank (ECF No. 11) and having heard no response:

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter as to Defendant Webbank is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated: February 12, 2024

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge