# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Wendy Leson,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC., et al.,<br><br>　　　　Defendants. | Case No.: 1:23-cv-01187 |

## NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Plaintiff and Defendant, Equifax Information Services, LLC have agreed to settle their dispute and intend to file a Voluntary Dismissal as to Equifax Information Services, LLC., with prejudice, no later than May 13, 2024.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Carl Schwartz
　　　　　　　　　　　　　　　　　　　　Carl Schwartz
　　　　　　　　　　　　　　　　　　　　39111 Six Mile Road, Suite 142
　　　　　　　　　　　　　　　　　　　　Livonia, MI 48152
　　　　　　　　　　　　　　　　　　　　Phone: (248) 353-2882
　　　　　　　　　　　　　　　　　　　　Fax: (248) 353-4840
　　　　　　　　　　　　　　　　　　　　carl@crlam.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff,*
　　　　　　　　　　　　　　　　　　　　*Wendy Leson*

March 13, 2024

## PROOF OF SERVICE

I, Carl Schwartz, hereby state that on March 13, 2024, I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

/s/ Carl Schwartz